IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIJIOKE ISAMADE,** | Case No. 2:25-cv-1216-JDP |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KATHLEEN ALLISON,** | |
| Respondent. | |

    Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's motion is granted, The Respondent's Answer to the Petition for Writ of Habeas Corpus shall be filed on or before September 27, 2025.

IT IS SO ORDERED.

Dated:   July 28, 2025                            /s/ Jeremy Peterson
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE