IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHIJIOKE ISAMADE,** | Case No. 2:25-cv-1216-JDP |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KATHLEEN ALLISON,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time within which to file Respondent's Response to the Petition for Writ of Habeas Corpus.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to Petitioner's Rule 60(b)(6) Motion shall be filed on or before October 27, 2025.

IT IS SO ORDERED.

Dated:  October 1, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE