UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHIJOKE CHUKWUMA ISAMADE,

Petitioner,

v.

KATHLEEN ALLISON,

Respondent.

Case No. 2:25-cv-1216-JDP (P)

ORDER

On June 30, 2026, I directed petitioner to respond to my order and indicate how he wished to proceed with his mixed petition, which contained both exhausted and unexhausted habeas claims. ECF No. 40. On July 16, 2026, mail containing that order sent to petitioner was returned, as the address listed on the docket was no longer current. Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court order was returned by the postal service, and petitioner has failed to notify the court of a current address. Thus, it appears this action cannot proceed, both because petitioner has not indicated how he wishes to advance his mixed petition, and because there appears to be no way of reaching him.

Accordingly, it is hereby ORDERED[1] that this action be dismissed without prejudice for failure to prosecute. *See* E.D. L.R. 183(b).

IT IS SO ORDERED.

Dated: September 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[1] The parties have consented to my jurisdiction. ECF No. 10.